# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3676

_____

LaMonte Rydell Martin

*Petitioner - Appellant*

v.

Jessica Symmes, Warden, Oak Park Heights Facility, Minnesota

*Defendant - Appellee*

------------------------------

Juvenile Law Center; Campaign for the Fair Sentencing of Youth; Children's Law
Center of Los Angeles; Council on Crime and Justice; Defender Association of
Philadelphia; ISAIAH; Juvenile Justice Project of Louisiana; Juvenile Justice
Initiative; Legal Rights Center; National Association of Criminal Defense
Lawyers; National Center for Youth Law; National Juvenile Defender Center;
National Juvenile Justice Network; National Legal Aid & Defender Association;
The Orleans Public Defenders; The Pacific Juvenile Defender Center; The Public
Defender Service for the District of Columbia; Rutgers School of Law - Camden
Children's Justice Clinic; San Francisco Office of the Public Defender; Youth Law
Center; Stephen K. Harper; Kristin Henning; Frank Vandervort

*Amici on Behalf of Appellant(s)*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 13, 2016
Filed: May 3, 2016

_____

Before MURPHY, MELLOY, and BENTON, Circuit Judges.

_____

BENTON, Circuit Judge.

This case is before this court on remand from the United States Supreme Court. LaMonte Rydell Martin was convicted of first-degree murder and sentenced to life without parole. He was 17 years old at the time of the murder. Martin argues his sentence is in violation of the Eighth Amendment, citing *Miller v. Alabama*, 132 S. Ct. 2455 (2012). This court disagreed, holding *Miller* does not apply retroactively to cases on collateral review. **Martin v. Symmes**, 782 F.3d 939 (8th Cir. 2015).

In *Martin v. Smith*, No. 15-6030 (Mar. 7, 2016), the Supreme Court granted certiorari and vacated this court's earlier judgment based on the *Montgomery* case. *See* **Montgomery v. Louisiana**, 136 S. Ct. 718 (2016) (ruling *Miller* applies retroactively to cases on collateral review).

\* \* \* \* \* \* \*

This court vacates Part I of its previous opinion while reaffirming Part II. The previous judgment is vacated and the case remanded for proceedings consistent with this opinion.

_____